No. 05–8251.  JONES *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–8261.  ALVAREZ-BRAVO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–8262.  BLOCK *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–365.  SEEGARS ET AL. *v.* GONZALES, ATTORNEY GENERAL, ET AL.  C. A. D. C. Cir.  Certiorari denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 05–566.  DIMICK, CHAIRPERSON, MINNESOTA BOARD ON JUDICIAL STANDARDS, ET AL. *v.* REPUBLICAN PARTY OF MINNESOTA ET AL.  C. A. 8th Cir.  Motion of Missouri Bar for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 05–638.  MILEIKOWSKY *v.* TENET HEALTHSYSTEM ET AL.  Ct. App. Cal., 2d App. Dist.  Motion of Association of American Physicians & Surgeons, Inc., et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.

No. 05–686.  ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER *v.* WHITE.  C. A. 8th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 05–763.  RESEARCH IN MOTION, LTD. *v.* NTP, INC.  C. A. Fed. Cir.  Motions of Intel Corporation, Canadian Chamber of Commerce et al., and Government of Canada for leave to file briefs as *amici curiae* granted.  Certiorari denied.

No. 05–8002.  ELLEDGE *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.  JUSTICE BREYER would grant the petition for writ of certiorari.